**920 MILLER ET AL. vs. CIRCUIT JUDGE (Lenawee), No. 15329½.**

To vacate an order granting a re-hearing in a chancery cause, on petition therefor made within ten days after entry of decree.

Order to show cause denied January 7, 1896, on the ground that the matter was within the discretion of the court below.

**921 MYERS vs. CIRCUIT JUDGE (Wayne), No. 12805.**

To vacate an order refusing a re-hearing in a chancery cause. Granted June 30, 1892, with costs.

Relator was complainant in a bill to set aside a mortgage executed by her, the execution of which was alleged to have been fraudulently obtained. It appeared that she was an ignorant woman; that no testimony had been taken in the case; that her interests had been grossly neglected, and a decree against her obtained.

**922 LANGE ET AL. vs. CIRCUIT JUDGE (Muskegon), No. 15695½.**

To vacate an order granting a rehearing, in a proceeding by the State of Michigan for the sale of certain lands for delinquent taxes, after the time for appeal had elapsed; where the petition for rehearing was without the certificate of counsel required by Rule No. 81, and the court at the hearing thereof allowed such certificate to be filed nunc pro tunc; and where such certificate is that of the counsel who appear for the petitioner.

Order to show cause denied July 7, 1896.